PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Richard Zamora                                          Docket No. 1:21-CR-00048-18

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel Palomares, pretrial services/probation officer, presenting an official report upon the conduct of defendant Richard Zamora, who was placed under pretrial release supervision by the U.S. Magistrate Judge Susan Hightower, sitting in the court at Western District of Texas-Austin Division on the 19th date of April, 2021 under the following conditions:

> See Order Setting Conditions of Release dated April 19, 2021.
>
> (7)(m) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On October 7, 2021, the defendant submitted a urinalysis specimen which returned diluted, positive results for amphetamines.
>
> On October 18, 2021, the defendant was instructed to report by his officer to the U.S. Pretrial Office and was confronted with the October 7, 2021 drug test results. The defendant admitted using methamphetamines on October 7, 2021. Additionally, the defendant submitted a follow-up urinalysis test on October 18, 2021, which provided presumptively positive results for amphetamines. The defendant admitted to ingesting methamphetamines prior to reporting to the U.S. Pretrial Services Office. The defendant signed admission forms in which he admitted to use of methamphetamines on October 7, 2021 and October 18, 2021. Confirmation of the both test results have been requested and are pending.
>
> It should be noted the defendant was referred to outpatient substance abuse treatment on September 23, 2021 at Kearley & Schmitt and is scheduled to attend individual substance abuse counseling twice per month. The defendant last attended individual substance abuse counseling on October 14, 2021 and his next session is scheduled for October 28, 2021.
>
> The U.S. Attorney's office has been advised of these violations and concurs with the proposed course of action at this time.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and he be brought before the court to show cause why his bond should not be revoked.

PS 8
(Rev. 12/04)

Page 2

Richard Zamora
Case #1:21CR00048-18

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/19/2021

### ORDER OF COURT

Considered and ordered this   19th   day of   October  ,   2021   and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

_____
U.S. Pretrial Services Officer        Phone Number   +1 (512) 839-0675

_____
Supervisory
U.S. Pretrial Services Officer        Phone Number   +1 (210) 818-7861

Place
U.S. Pretrial Services Office
501 West 5th Street, Suite 3200
Austin, Texas 78701